THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM A. E. MOORE, Appellant.

*People* v. *Moore*, 53 App. Div. 637, affirmed.
(Argued June 19, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 13, 1900, affirming a judgment of the Court of General Sessions of the Peace in the city and county of New York entered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Stephen C. Baldwin* and *Abraham Levy* for appellant.

*Charles E. Le Barbier* and *Henry P. Keith* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.